## 59885. WILKERSON v. THE STATE.

SMITH, Judge.
The appellant having been ordered to file enumerations of error and a brief in accordance with Rules 27(a) and 14 of this court, and appellant having failed to do so, the appeal is dismissed.

*Appeal dismissed. McMurray, P. J., and Banke, J., concur.*

SUBMITTED MAY 7, 1980 — DECIDED JULY 7, 1980.

David Wilkerson, *pro se.*
*H. Reginald Thompson, District Attorney, Charles W. Cook, Assistant District Attorney,* for appellee.